

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00819-CV

Margarita **MALDONADO,**
Appellant

v.

Trenton **FRANKLIN,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-24167
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellees' motion for leave to supplement the appellate record with the reporter's record from the temporary injunction hearing is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court